IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BELINDA WILLIAMS                                                                                PLAINTIFF

vs.                                        Civil No. 1:13-cv-01010

CAROLYN W. COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration

### J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint is hereby dismissed without prejudice.

**ENTERED this 13th day of June 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE